IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ELIZABETH DUFFY, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Case No. 5:26-CV-214-CAR** |
| | : | |
| SHAHABUDDEEN A. ALLY, CHIDI | : | |
| A. EZE, KEVIN MCCLANAHAN, | : | |
| CARMEN PACHECO, and WAVNY | : | |
| TOUSSAINT, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER DISMISSING CASE

On June 2, 2026, the Court granted *pro se* Plaintiff Elizabeth Duffy's Motion to Proceed *In Forma Pauperis* ("IFP").[1] But after conducting a preliminary screening under 28 U.S.C. § 1915(e)(2) and determining she failed to state a claim, the Court ordered her to file a recast complaint within 21 days of the Order's date.[2] On June 16, 2026, the Order mailed to Plaintiff was returned as undeliverable because Plaintiff's address number did not exist.[3] Plaintiff has failed to comply with the Court's Order to file a recast complaint because she has not filed a recast complaint within 21 days of the Order's date. Moreover, Plaintiff has failed to prosecute this action because she failed to provide a valid mailing

---

[1] Doc. 3.

[2] *Id.*

[3] Doc. 4.

1

address to the Court. Accordingly, the Court **DISMISSES** this case **WITHOUT**

**PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

    **SO ORDERED,** this 2nd day of July, 2026.

                S/ C. Ashley Royal_____
                C. ASHLEY ROYAL, SENIOR JUDGE
                UNITED STATES DISTRICT COURT